OPINION — AG — ** AUTHORITY OF SUPERVISORY PERSONNEL ** THE LANGUAGE CONTAINED IN 11 O.S. 1971 548.3 [11-548.3](1), WHICH READ "SUPERVISORY PERSONNEL WHO HAVE THE AUTHORITY TO EMPLOY OR DISCHARGE EMPLOYEES" DOES NOT INCLUDE EMPLOYEES WHO HAVE THE AUTHORITY TO RECOMMEND THAT A PERSON BE EMPLOYED OR DISCHARGED. (FIREFIGHTERS AND POLICEMEN'S ARBITRATION LAW, MUNICIPALITIES, POLICE DEPARTMENT, FIRE DEPARTMENT) CITE: 11 O.S. 1971 541 [11-541], 25 O.S. 1971 1 [25-1], 11 O.S. 1971 548.1 [11-548.1], 11 O.S. 1971 548.14 [11-548.14] (ODIE A. NANCE)